**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

David W. Dover, Appellant.

Appellate Case No. 2014-002436

―――――――――

Appeal From York County
Lee S. Alford, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2016-UP-319
Submitted May 1, 2016 – Filed June 22, 2016

―――――――――

**AFFIRMED**

―――――――――

Appellate Defender Lara Mary Caudy, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General John Benjamin Aplin, both of Columbia; and Solicitor Kevin Scott Brackett, of York, for Respondent.

―――――――――

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Garner*, 389 S.C. 61, 65, 697 S.E.2d 615, 617 (Ct. App. 2010)

("In criminal cases an appellate court sits to review errors of law only."); *id.* ("Evidentiary rulings are within the sound discretion of the trial court, and such rulings will not be reversed absent an abuse of discretion or the commission of legal error that prejudices the defendant."); Rule 801(d)(1)(C), SCRE (providing a statement "of identification of a person made after perceiving the person" is not hearsay if "[t]he declarant testifie[d] at the trial or hearing and is subject to cross-examination concerning the statement").

**AFFIRMED.**[1]

**SHORT and THOMAS, JJ., and CURETON, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.